NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-3913 |
| Plaintiff - Appellee, | D.C. No. 2:18-cr-00076-DLR-1 |
| v. | |
| MARTIN IBARRA-OZUNA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted March 17, 2025[**]

Before:    CANBY, R. NELSON, and FORREST, Circuit Judges.

Martin Ibarra-Ozuna appeals from the district court's judgment and

challenges the supervised release conditions imposed on remand for resentencing.

Ibarra-Ozuna's counsel filed a brief under *Anders v. California*, 386 U.S.

738 (1967), stating that there are no non-frivolous arguments for appeal. Appellant

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

In light of counsel's intention to file a petition for a writ of certiorari to the United States Supreme Court on behalf of Ibarra-Ozuna, counsel's motion to withdraw is denied.

**AFFIRMED.**